DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

5 NOVEMBER 2015

| 298A15 | Good Neighbors of Oregon Hill Protecting Property Rights and Ashley M. Wyatt v. County of Rockingham | 1. Def's Notice of Appeal Based Upon a Dissent (COA15-121)<br><br>2. Def's PDR as to Additional Issues | 1. Dismissed *ex mero motu*<br><br>2. Denied |
|---|---|---|---|
| 299P15 | State v. Jessica Rasheeda Jordan | 1. State's Motion for Temporary Stay (COA14-1070)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **08/24/2015** Dissolved **11/05/2015**<br><br>2. Denied<br><br>3. Denied |
| 301P15 | House of Raeford Farms, Inc. v. North Carolina Department of Environmental and Natural Resources | 1. Respondent's Motion for Temporary Stay (COA15-47)<br><br>2. Respondent's Petition for *Writ of Supersedeas*<br><br>3. Respondent's PDR Under N.C.G.S. § 7A-31<br><br>4. Respondent's Motion to Amend<br><br>5. Petitioner's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Allowed **08/26/2015** Dissolved **11/05/2015**<br><br>2. Denied<br><br>3. Denied<br><br>4. Allowed<br><br>5. Dismissed as moot |
| 302P15 | State v. Harley David Hamlin | Def's PDR Under N.C.G.S. § 7A-31 (COA14-1191) | Denied |
| 308A15 | State v. Zachary David Thomsen | 1. Def's Notice of Appeal Based Upon a Dissent (COA14-1235)<br><br>2. Def's PDR as to Additional Issues | 1. —<br><br>2. Denied |
| 310P15 | State v. Stephanie Jean Holanek | Def's PDR Under N.C.G.S. § 7A-31 (COA14-951) | Denied |
| 313P15 | Bruce Fletcher Nelson and Jan Nelson MacInnis v. State Employees' Credit Union and Gwyn R. Parsons | 1. Plts' PDR Under N.C.G.S. § 7A-31 (COA14-1393)<br><br>2. Def's (State Employees' Credit Union) Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied<br><br>2. Dismissed as moot |
| 314P15 | State v. Omar Kareem Sellers | Def's PDR Under N.C.G.S. § 7A-31 (COA14-1272) | Denied |